UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MONTY NGUYEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-3046** |
| **SHERIFF MARLIN GUSMAN** | **SECTION "N"(4)** |

### O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Title 42 U.S.C. § 1983 claims filed by Monty Nguyen against the defendants Orleans Parish Criminal Sheriff Marlin Gusman, the Special Investigation Department of the Orleans Parish Criminal Sheriff's Office, the Internal Affairs Office, the American Civil Liberties Union, the Louisiana Attorney General, and the unidentified deputies, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e)(2) and § 1915A and Title 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Nguyen's claims against the defendants brought pursuant to the Louisiana Constitution and state tort law are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise its supplemental jurisdiction.

New Orleans, Louisiana, this _28th_ day of _April_, 2008.

_____
UNITED STATES DISTRICT JUDGE